# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 3:10-CR-043-RCJ (WGC) |
| KENNETH HOLLEMAN, | ) ) | |
| Defendant. | ) ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on December 16, 2011, defendant KENNETH HOLLEMAN pled guilty to Count One of a One-Count Superseding Felony Information charging him with Importation or Transportation of Obscene Matters, in violation of Title 18, United States Code, Section 1462. Docket #30.

This Court finds defendant KENNETH HOLLEMAN agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Superseding Felony Information.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Superseding Felony Information and the offense to which defendant KENNETH HOLLEMAN pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 1467:

. . .

Any and all matter which contains any obscene material produced, transported, mailed, shipped, or received in violation of such offenses; any property, real or personal, constitution or traceable to gross profits or other proceeds obtained from such offenses; and any property, real or personal, used or intended to be used to commit or promote the commission of such offense traceable to such property. Such properties include, but are not limited to, the following:

1. Fujitsu 80 Gigabyte Hard Drive, S/N: K60ZT8729KC;
2. 147-DVD/CD recordable discs;
3. 3 - 8mm Camcorder video tapes;
4. 1 - Hi8 Camcorder video tape;
5. 10 - VHS video tapes that appear commercially produced;
6. 33 - VHS recordable video tapes;
7. 1 - VHS videotape that has "PVT" written on it;
8. 1 - Black Dell laptop case;
9. 1 - Black sandisk Cruzer 8 GB flash drive marked with identification numbers SDCZ36-008G and B10904NVPN;
10. 1 - Black Western Digital external hard drive P/N: WD5000H1V-00 and S/N: WCASU2813679;
11. 1 - Silver/Black Dell Inspiron E1505 laptop S/N: CN-0XD720-48643-66F-2086 (under battery and battery pack); and
12. 1 - Yellow/Silver/Black Dell Inspiron 1521 laptop computer S/N: CN-06GU163-48463-78P-2960 (under battery and battery pack) ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of KENNETH HOLLEMAN in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Greg Addington
> Assistant United States Attorney
> 100 West Liberty Street, Suite 600
> Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 10th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE